UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT

| UNITED STATE OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | 5:05-CR-44-4-BO3 |
| | ) | |
| DIANE W. PACE | ) | |

### ORDER

UPON MOTION of the defendant's counsel, and for good cause shown, **IT IS HEREBY ORDERED THAT** the defendant, Diane W. Pace, be allowed to leave the State of North Carolina for the Welcome Wagon quarterly training meeting in Orlando, Florida, on November 9, 2010, and returning on November 10, 2010.

This the 3 day of Nov, 2010.

THE HONORABLE TERRENCE W. BOYLE
United States District Court Judge