IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:05-CR-44

| | |
|---|---|
| DIANE PACE ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | ORDER |
| ) | |

This matter is before the Court on Petitioner's pro se Motion to Modify Payment Schedule for Restitution. Petitioner alleges that various financial obligations make her monthly $300 restitution payment an undue hardship.

On June 14, 2011, the Court granted the Petitioner's request for ninety days to respond to the Government's motion and subpoena regarding her financial documents. The Court now GRANTS Petitioner temporary relief by lowering her monthly payment from $300 a month to $100 a month. Petitioner should continue to make quarterly reports to the Probation Office regarding her income. The Court reserves the right to change the restitution payment after reviewing the Petitioner's financial documents or if Petitioner's income increases any time in the future.

SO ORDERED, this 5 day of August, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE